USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  THE ALALGAMATED NATIONAL
  HEALTH FUND, et al.,

                            Plaintiffs,          **23-CV-1428 (GHW) (KHP)**

     -against-

                                                      **ORDER SCHEDULING SETTLEMENT**
  HICKEY FREEMAN TAILORED CLOTHING,          **CONFERENCE**
  INC., et al.,

                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A settlement conference in this matter is scheduled for **Wednesday, December 13, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **December 6, 2023 by 5:00 p.m.**

    SO ORDERED.

DATED:    New York, New York
              October 4, 2023

                                                        _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge