**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

# COLLAZO & KEIL LLP

**747 THIRD AVENUE**
**NEW YORK, NEW YORK 10017-2803**
(212) 758-7600
Fax: (833) 358-9304
http://www.collazokeil.com

DIRECT DIAL:
212-758-1078

DIRECT E-MAIL:
cwang@collazokeil.com

December 13, 2023

**VIA ECF**
Hon. Katharine H. Parker, U.S.M.J.
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

    Re:    *The Amalgamated National Health Fund et al v. Hickey Freeman Tailored Clothing, Inc. et al.*
           Letter motion and Request for Adjournment of Settlement Conference.

Dear Judge Parker:

    We are counsel to Defendants in the above referenced action. Pursuant to your Honor's Individual Practices, and with the consent of Plaintiffs, we write to request that the Court adjourn the settlement conference currently scheduled for February 9, 2024 at 4 pm. See Dkt. 61. Your Honor may recall that we advised the Court that we would confirm the date with our clients to ensure their personal attendance, and we have since learned that individual Defendant Mr. Stephen Granovsky will be unavailable on February 9, 2024. We have conferred with Plaintiffs' Counsel and jointly propose February 7, 8, 12, and 13 as alternative dates. This is the first time this relief is being requested by Defendants.

    We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

/s/*Zhangyuxi Wang*
Zhangyuxi Wang

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for February 9, 2024 in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, February 12, 2024 at 2:15 p.m.** Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than February 5, 2024 by 5:00 p.m.

APPLICATION GRANTED

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
12/14/2023