

**SCHULTE ROTH + ZABEL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/19/2024

**MEMO ENDORSED**

Ronald E. Richman
(212) 756-2048
ronald.richman@srz.com

August 19, 2024

VIA ECF

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**APPLICATION GRANTED:** The Case Management Conference is scheduled on August 22, 2024 at 10:00a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to <u>Tuesday, September 17, 2024 at 11:15 a.m.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

08/19/2024

RE:   Request to Adjourn Case Management Conference – *The Amalgamated National Health Fund, et al. v. Hickey Freeman Tailored Clothing, Inc., et al.*, Case No. 23-cv-01428 (GHW) (KHP)

Dear Judge Parker:

We are counsel to plaintiffs in the above referenced action. We write pursuant to your Honor's Individual Practices to request the Court adjourn the Case Management Conference currently scheduled for Thursday, August 22, 2024 at 10:00AM to a date the Court is available in September.

This is plaintiffs' first request to adjourn this Case Management Conference. Defendants have consented to this request. The parties respectfully advise the Court that they are each available to attend a conference on September 9, 17, 22, 23, 26 and 30th.

Thank you for your attention to this matter.

Respectfully Submitted,

*/s/ Ronald E. Richman*
Ronald E. Richman

cc:   All counsel of record