USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THE AMALGAMATED NATIONAL
HEALTH FUND, et al.,

                                 Plaintiffs,                                  23-CV-1428 (GHW) (KHP)

     -against-

                                                                                 **ORDER**

HICKEY FREEMAN TAILORED CLOTHING,
INC., et al.,

                                Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

On September 17, 2024, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth more fully on the record it is hereby ordered that:

- By September 24, 2024, Plaintiffs may serve on Defendants a single additional interrogatory addressing the amounts employees contributed as copays;
- Plaintiffs' motion for summary judgment is due by October 15, 2024;
- Defendants' reply is due by November 12, 2024;
- Plaintiffs' reply, if any, is due by November 26, 2024.

SO ORDERED.

DATED:      New York, New York
               September 19, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge

1