

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2024

Ronald Richman
212.756.2048
Ronald.richman@srz.com

November 26, 2024

VIA ECF

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

APPLICATION GRANTED

*/s/ Katharine H. Parker*    11/29/2024

Hon. Katharine H. Parker, U.S.M.J.

**RE:    Request to Extend Deadlines –** *The Amalgamated National Health Fund, et al. v. Hickey Freeman Tailored Clothing, Inc., et al.*, **Case No. 23-cv-01428 (GHW) (KHP)**

Dear Judge Parker:

Schulte Roth & Zabel LLP is counsel to Plaintiffs in the above referenced action. In accordance with your Honor's Individual Practices, we write to request an extension to certain of the parties' deadlines set forth in Your Honor's November 12, 2024 Order, Dkt. No. 90. We respectfully request Plaintiffs' deadline to file its oppositions to Defendants' partial motion for summary judgment be extended to December 16, 2024, and Defendants' deadline to file its reply in support of its motion be extended until December 30, 2024.

This is the first request for an extension of these deadlines. Defendants have consented to this request. The parties do not currently have an appearance scheduled before the Court.

Thank you for your attention to this matter.

Respectfully Submitted,
*/s/ Ronald E. Richman*
Ronald E. Richman

Schulte Roth + Zabel LLP
919 Third Avenue
New York, NY 10022

T: +1 212.756.2000    F: +1 212.593.5955    srz.com