```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  THE AMALGAMATED NATIONAL
  HEALTH FUND, et al.,

                                      Plaintiffs,

                   -against-

HICKEY FREEMAN TAILORED CLOTHING,
INC., et al.,

                                      Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025

23-CV-1428 (JAV) (KHP)

**ORDER CONCERNING
ORAL ARGUMENT**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The parties shall be prepared to discuss the following items at the upcoming oral argument on May 7, 2025:

1. Plaintiffs contend that they applied payments made by Defendant Hickey Freeman Tailored Clothing, Inc. ("Hickey Freeman") during the Delinquency Period to amounts due to the Amalgamated National Health Fund (the "Health Fund") that had accrued prior to October 2020.  However, Plaintiffs do not provide the amount of delinquent contributions that had accrued just prior to the Delinquent Period or provide information as to whether the amounts paid by Hickey Freeman during the Delinquency Period fully satisfied past amounts due, exceeded amounts due or covered only a portion of past amounts due.  Plaintiffs shall be prepared to discuss this at oral argument.

2. Plaintiffs do not provide a breakdown of the amount of employer vs. employee contributions due each month during the Delinquency Period.  The Court requests

1

information on this at oral argument so that it can evaluate Plaintiffs' statement that the payments made by Hickey Freeman in the Delinquency Period (i.e., the $580,490.49) were less than the employee contributions due during that same period.

**SO ORDERED.**

DATED: April 9, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge