

# SCHULTE ROTH + ZABEL

Ronald E. Richman
(212) 756-2048
ronald.richman@srz.com

April 15, 2025

VIA ECF

Hon. Katharine H. Parker, U.S.M.J.
U.S. District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  04/15/2025**

**MEMO ENDORSED**

RE:  Request to Adjourn Oral Argument – *The Amalgamated National Health Fund, et al. v. Hickey Freeman Tailored Clothing, Inc., et al.*, Case No. 23-cv-01428 (GHW) (KHP)

Dear Judge Parker:

We are counsel to plaintiffs in the above referenced action.  We write pursuant to your Honor's Individual Practices to request the Court adjourn the oral argument on the parties' Motions for Summary Judgment currently scheduled for Wednesday, May 7, 2025 at 3:15PM due to lead counsel for plaintiffs' previous work engagement in St. Louis, Missouri on May 7th.

This is plaintiffs' first request to adjourn this oral argument.  Defendants have consented to this request.  The parties respectfully advise the Court that they are both available to attend an oral argument before you on May 13, 16, 19, and 21.

Thank you for your attention to this matter.

Respectfully Submitted,

*/s/ Ronald E. Richman*
Ronald E. Richman

cc:  All counsel of record

---

**APPLICATION GRANTED:**  The Oral Argument in this matter scheduled for Wednesday, May 07, 2025 at 3:15 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Monday, May 19, 2025 at 2:00 p.m.

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/15/2025