UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  THE AMALGAMATED NATIONAL
  HEALTH FUND, et al.,

                                       Plaintiffs,

              -against-

HICKEY FREEMAN TAILORED CLOTHING,
INC., et al.,

                                       Defendants.
-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 5/19/2025

**23-CV-1428 (GHW) (KHP)**

<u>**POST-ORAL ARGUMENT ORDER**</u>

**KATHARINE H. PARKER, United States Magistrate Judge:**

On May 19, 2025, the parties appeared before the undersigned for an oral argument. As discussed at the oral argument and set forth below:

Defendants may file a response to Plaintiffs' letter to the Court dated May 12, 2025 (ECF No. 112) **by May 27, 2025**.

If the parties consent to the undersigned with respect to the motion or all matters in this case, such consent form must be filed **by May 27, 2025**. Otherwise, the Court will proceed with the motion as a report and recommendation. There are no adverse consequences to not consenting and no party shall inform the undersigned of their respective positions (unless both consent and submit the required notice form).

      **SO ORDERED.**

DATED:  May 19, 2025
             New York, New York

                                       */s/ Katharine H. Parker*
                                       KATHARINE H. PARKER
                                       United States Magistrate Judge