**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

  THE AMALGAMATED NATIONAL
  HEALTH FUND, et al.,

                        Plaintiffs,                    **23-CV-1428 (JAV) (KHP)**

            -against-                          **POST-CMC SCHEDULING ORDER**

HICKEY FREEMAN TAILORED CLOTHING,
INC., et al.,

                     Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On April 9, 2026, the parties in the above-captioned proceeding appeared before the undersigned for a case management conference. At the conference, the Court ordered the following:

- Plaintiffs will have thirty days (*i.e.*, until **May 11, 2026**) to file their motion regarding interest and liquidated damages. Opposition due thirty days thereafter (*i.e.*, **June 10, 2026**). Reply due fourteen days thereafter (*i.e.*, **June 24, 2026**).

- To the extent that Plaintiffs intend to file a new complaint, they shall do so within forty-five days of the date of the conference (*i.e.*, **May 25, 2026**). They shall also serve a draft copy on Defendants by **May 11, 2026**. The parties are directed to meet and confer in good faith regarding a proposed briefing schedule for any motion to dismiss aimed at the new complaint and shall file a letter outlining their proposed briefing schedule by **June 1, 2026**. No pre-motion conference is required for such motion.

1

**SO ORDERED.**

DATED:     New York, New York
           April 9, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

2