UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                             :
THE AMALGAMATED NATIONAL HEALTH          :
FUND, et al.,                                                :
                                                             :
                                    Plaintiffs,              :
                                                             :          23-CV-01428 (JAV)
               -v-                                           :
                                                             :          ORDER
HICKEY FREEMAN TAILORED CLOTHING,        :
INC., et al.,                                                :
                                                             :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       By Opinion and Order dated March 17, 2026 (ECF No. 125), this Court

adopted the Report and Recommendation of Magistrate Judge Katharine H. Parker

(ECF No. 119).  The Court GRANTED Plaintiffs' motion for summary judgment in

favor of Plaintiffs against Defendant Hickey Freeman Tailored Clothing, Inc., with

respect to Plaintiffs' claims for delinquent contributions pursuant to Section 515 of

the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29

U.S.C. § 1145.  With respect to this claim, Plaintiffs are awarded $3,508,460.76, the

amount of the Delinquent Contributions, plus interest on the Delinquent

Contributions in the amount $1,884,887.97 (ECF No. 132), and liquidated damages in the amount of $1,884,887.97 (ECF No. 132).

The Court further GRANTED Defendant Stephen Granovsky's cross-motion for summary judgment dismissing Plaintiff's claims of fraud against Granovsky.

The Clerk of Court is directed to enter judgment in accordance with this Order, to terminate all pending motions, and to close the case.

SO ORDERED.

Dated:  June 3, 2026
        New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2