**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 THE AMALGAMATED NATIONAL HEALTH
FUND, et al.,

                                              Plaintiffs,

                -against-                                              23 **CIVIL** 1428 (JAV)

                                                                      **JUDGMENT**

HICKEY FREEMAN TAILORED CLOTHING,
INC., et al.,

                                              Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated June 3, 2026, and by Opinion and Order dated March 17, 2026 (ECF No. 125), this Court

adopted the Report and Recommendation of Magistrate Judge Katharine H. Parker (ECF No. 119). The Court

GRANTED Plaintiffs' motion for summary judgment in favor of Plaintiffs against Defendant Hickey Freeman

Tailored Clothing, Inc., with respect to Plaintiffs' claims for delinquent contributions pursuant to Section 515 of

the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1145. With respect

to this claim, Plaintiffs are awarded $3,508,460.76, the amount of the Delinquent Contributions, plus interest on

the Delinquent Contributions in the amount $1,884,887.97 (ECF No. 132), and liquidated damages in the

amount of $1,884,887.97 (ECF No. 132).  The Court further GRANTED Defendant Stephen Granovsky's

cross-motion for summary judgment dismissing Plaintiff's claims of fraud against Granovsky; accordingly, the

case is closed.

**Dated:** New York, New York

        June 4, 2026

                                              **TAMMI M. HELLWIG**
                                              _____
                                              **Clerk of Court**

                        **BY:**              *K. mango*
                                              _____
                                              **Deputy Clerk**